UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Kelley*, 7:20cv153 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

# DEPOSITION DESIGNATIONS ORDER NO. 1

This Order addresses Defendants' objections and counter-designations to Plaintiff's affirmative deposition designations and Plaintiff's objections to Defendants' counter-designations thereto for the following witness depositions:

1. Asobo, Nicholas (11/19/2021)

2. Delgado, Blanca (11/12/2021)

3. Fauntleroy, Randle (11/18/2021)

4. Kelley, Michael (10/27/2021)

**SO ORDERED** this 14th day of March, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**