# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Kelley*, 7:20cv153 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## EXHIBITS ORDER NO. 2

This Order addresses Defendants' objections to exhibits identified on Plaintiff's first priority exhibit list dated March 2, 2022. The Court's rulings are set forth and highlighted in the attached Exhibit A. Rulings for all remaining objections on parties' priority exhibit lists will follow by separate order.

**SO ORDERED** this 15th day of March, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**