# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Kelley*, 7:20cv153 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## DEPOSITION DESIGNATIONS ORDER NO. 3

This Order addresses Plaintiff's objections and counter-designations to Defendants' affirmative deposition designations and Defendants' objections to Plaintiff's counter-designations thereto for the following witness depositions:

1. Asobo, Nicholas (11/19/2021)
2. Coventry, Kathleen (11/19/2021)
3. Delgado, Blanca (11/12/2021)
4. Fauntleroy, Ronnie (11/18/2021)
5. Kelley, Michael (10/27/2021)
6. Kieper, Ronald (12/19/2019)

**SO ORDERED** this 19th day of March, 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**