## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**DENISE KELLEY,**

     **Plaintiff,**

**v.**                               **Case No.: 7:20cv153-TPB-GRJ**

**3M, et al.,**

     **Defendants.**

_____/

## VERDICT FORM

### I.   MS. KELLEY'S CLAIMS

1.   Strict Liability Based on Design Defect:

Was there a design defect in the CAEv2 at the time it left 3M's possession and was that design defect a producing cause of Ms. Kelley's injuries?

YES_____         NO __X__

2.   Strict Liability Based on Failure to Warn and/or Instruct:

Was there a defect in the warnings and/or a defect in the instructions at the time the CAEv2 left the possession of 3M, and was that defect in the warnings and/or a defect in the instructions a producing cause of Ms. Kelley's injuries?

YES_____         NO __X__

**Answer Question 3 only if you answered YES to Question 1, above.**

3.   Negligence Based on Design Defect:

Was 3M negligent in designing the CAEv2 at the time it left 3M's possession, and was that negligence a proximate cause of Ms. Kelley's injuries?

YES_____         NO_____

**Answer Question 4 only if you answered YES to Question 2, above.**

4.  Negligence Based on Failure to Warn and/or Instruct:

    Was 3M negligent in warning and/or instructing regarding use of the CAEv2 at the time it left 3M's possession, and was that negligence a proximate cause of Ms. Kelley's injuries?

    YES_____        NO_____

5.  Fraudulent Misrepresentation:

    Did 3M make a fraudulent misrepresentation on which Ms. Kelley justifiably relied, and was that fraudulent misrepresentation a proximate cause of Ms. Kelley's injuries?

    YES_____        NO X

**If you answered NO to each of your answered Questions 1 through 5, your verdict is for 3M and your work is complete. Please have the foreperson sign and date the verdict form.**

**If you answered YES to any of Questions 1 through 5, your verdict is for Ms. Kelley on those questions, and you must proceed to Section II.**

**II. AFFIRMATIVE DEFENSE: PROPORTIONATE RESPONSIBILITY**

**Answer Questions 6 and 7 only if you answered YES to any of Questions 1 through 5, above.**

6.  Was Ms. Kelley's own negligence a proximate cause of her injuries?

    YES_____        NO_____

**If you answered YES to Question 6, your verdict on this issue is for 3M; you should consider the percentage of fault that should be apportioned to Ms. Kelley, and record that below.**

If you answered NO to Question 6, your verdict on this issue is for Ms. Kelley, and you should not apportion any fault to Ms. Kelley below.

Proceed to Question 7.

7.   Was the United States Military's negligence a proximate cause of Ms. Kelley's injuries?

YES_____          NO_____

If you answered YES to Question 7, your verdict on this issue is for 3M; you should consider the percentage of fault that should be apportioned to the United States Military, and record that below.

If you answered NO to Question 7, your verdict on this issue is for Ms. Kelley, and you should not apportion any fault to the United States Military below.

If you found for 3M in Questions 6 or 7, above, then it is necessary for you to determine the percentage of fault attributable to Ms. Kelley, the United States Military, and/or 3M. Your allocation of fault must total 100%. If you found for Ms. Kelley in both Questions 6 and 7, above, then you must apportion 100% of fault to 3M.

Ms. Kelley                                              _____%

United States Military                          _____%

3M                                                          _____%

These percentages must total 100%.

PROCEED TO SECTION III.

## III. COMPENSATORY DAMAGES

**Only complete this section if you answered "Yes" to any of Questions 1 through 5, above.**

8. What sum of money, if paid now in cash, would fairly and reasonably compensate Ms. Kelley for her injuries, if any, that resulted from her use of the CAEv2? Consider the elements of damages listed below and none other.

   1. Past pain and suffering (physical pain, mental anguish, disfigurement, and physical impairment).

      Answer: $_____

   2. Future pain and suffering (physical pain, mental anguish, disfigurement, and physical impairment).

      Answer: $_____

## IV.  EXEMPLARY DAMAGES

**You may, but are not required to, complete this Section if you awarded damages to Ms. Kelley in Section III, above.**

9.      Do you find, by clear and convincing evidence, that Ms. Kelley's injuries resulted from fraud, malice, or gross negligence by 3M?

        YES_____        NO_____

**If you answered NO to Question 9, your verdict on this issue is for 3M, and your work is complete.  Please have the foreperson sign and date the verdict form.**

**If you answered YES to Question 9, proceed to Question 10.**

10.     What exemplary damages, if any, do you find for Ms. Kelley for 3M's fraud, malice, or gross negligence?

        Exemplary damages:                    $_____

**Proceed to Section V.**


## V.  SECURING EXECUTION OF MEDICAL PROCUREMENT ITEM DESCRIPTION BY DECEPTION

**Only complete this section if you awarded Plaintiff exemplary damages in Section IV, above.**

11.     Do you find that Ms. Kelley has proven by clear and convincing evidence that 3M knowingly secured execution of a Medical Procurement Item Description for the Combat Arms Earplugs, version 2, by deception?

        YES_____        NO_____

**If you answered NO to Question 11, please skip Question 12 and have the foreperson sign and date the verdict form.**

**If you answer YES to Question 11, please proceed to Question 12.**

12. Do you find that Ms. Kelley has proven beyond a reasonable doubt that 3M knowingly secured execution of a Medical Procurement Item Description for the Combat Arms Earplugs, version 2, by deception?

YES_____     NO_____

**PLEASE SIGN AND DATE THE VERDICT FORM BELOW.**

$\frac{4/8/22}{\text{DATE}}$

FOREPERSON
SIGNATURE

FOREPERSON
NAME PRINTED