# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| DENISE KELLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>3M COMPANY, et al.,<br><br>    Defendants. | Case No. 7:20-cv-00153-MCR-GRJ |

## FINAL JUDGMENT

This action came before the Court for a jury trial with the Honorable Thomas P. Barber presiding. The issues have been tried, resulting in a jury verdict in Defendants' favor on April 8, 2022.

Accordingly, it is ORDERED AND ADJUDGED that final judgment is entered in favor of the Defendants, 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC, and against Plaintiff, DENISE KELLEY, together with costs taxed against Plaintiff.

<u>April 8, 2022</u>  
DATE

JESSICA J. LYUBLANOVITS  
CLERK OF COURT  
/s/ *Sonya R. Cohn*  
Deputy Clerk: Sonya R. Cohn