# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Kelley, 7:20cv153* | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Denise Kelley, by and through the undersigned counsel of record, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from a Final Judgment entered in favor of Defendants 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, and Aearo Technologies LLC on the 8th day of April, 2022.

Date:  May 6, 2022

Respectfully submitted,

/s/ Trent B. Miracle
Trent B. Miracle
Daniel P. Blouin
John J. Foley
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
618-259-2222
618-259-2251 (fax)
tmiracle@simmonsfirm.com
dblouin@simmonsfirm.com
jfoley@simmonsfirm.com

Bryan F. Aylstock
Bobby J. "Brad" Bradford
Daniel Thornburgh
Jennifer Hoekstra
AYLSTOCK, WITKIN, KDREIS &
OVERHOLTZ, PLLC
baylstock@awkolaw.com
jhoekstra@awkolaw.com
bbradford@awkolaw.com
dthornburgh@awkolaw.com

Jason M. Milne
CLARK, LOVE & HUTSON, PLLC
440 Louisiana St., Ste. 1700
Houston, TX 77002
Phone: (713) 757-1400
Facsimile: (713) 759-1217
jmilne@triallawfirm.com

Caleb A. Seeley
SEEGER WEISS
55 Challenger Road, Sixth Floor
Ridgefield Park, NJ 07660
Phone: 973-693-9100
cseeley@seegerweiss.com

Brett Schwartz, Esq.
Nevada Bar No. 13755
8945 W. Russell Road Ste 300
Las Vegas, Nevada 89148
Bschwartz@messner.com

M. Palmer Lambert (Admitted Pro Hac Vice)
Claire E. Kreider (Admitted Pro Hac Vice)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
plambert@gainsben.com

2

ckreider@gainsben.com

Robert W. Cowan (Admitted Pro Hac Vice)
Hayden N. Wyatt (Admitted Pro Hac Vice)
BAILEY COWAN HECKAMAN PLLC
Four Oaks Place
1360 Post Oak Boulevard, Suite 2300
Houston, TX 77056
Phone: 713-425-7100
Fax: 713-425-7101
rcowan@bchlaw.com
hwyatt@bchlaw.com

***Counsel for Plaintiff Denise Kelley***

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Trent Miracle